v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2008–3275.

United States Court of Appeals, Federal Circuit.

Aug. 27, 2008.

**Basil N. STEPHANATOS,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5091.

United States Court of Appeals, Federal Circuit.

Aug. 27, 2008.

## ON MOTION

### *ORDER*

The court treats Basil N. Stephanatos's letter submitting the docketing fee as a motion to reinstate his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the court's dismissal order is vacated, and the appeal is reinstated.

(2) Stephanatos's brief (form enclosed) is due within 30 days of the date of filing of this order.